UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**
JS-6

| | | | |
|---|---|---|---|
| Case No. | CV 23-08321-SPG(SSC) | Date | December 27, 2023 |
| Title | Kevin Allesee v. Steve Kitsios et al | | |

| | |
|---|---|
| Present: The Honorable | SHERILYN PEACE GARNETT<br>UNITED STATES DISTRICT JUDGE |
| Patricia Gomez | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:**   **(IN CHAMBERS)**

The matter is dismissed without prejudice based on plaintiff's failure to amend as required by the Order filed at ECF No. 10.

IT IS SO ORDERED.

:

Initials of Preparer   pg